

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00104-CR

**IN RE** Joshua **ADAMS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  March 4, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On February 25, 2015, relator filed a petition for writ of mandamus challenging the trial court's judgment nunc pro tunc entered in the underlying criminal proceeding. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2007CR5599, styled *The State of Texas v. Joshua Bingham Adams*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.